ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Bethel Contracting, LLC | ) ASBCA Nos. 62571-ADR, 62572-ADR |
| | )         62573-ADR, 62574-ADR |
| | )         62625-ADR, 63041-ADR |
| | )         63042-ADR, 63043-ADR |
| | )         63044-ADR, 63045-ADR |
| | )         63046-ADR, 63047-ADR |
| | )         63048-ADR, 63049-ADR |
| | )         63050-ADR |
| | ) |
| Under Contract No. W9128A-16-C-0016 | ) |

APPEARANCES FOR THE APPELLANT:      Christopher J. Slottee, Esq.
                                             Howard A. Trickey, Esq.
                                               Schwabe Williamson & Wyatt
                                                 Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                             Engineer Chief Trial Attorney
                                             Robyn U. Au, Esq.
                                             Jonathan A. Swanson, Esq.
                                           Sarah M. Urchek, Esq.
                                          Catherine E. Achy, Esq.
                                         Engineer Trial Attorneys
                                       U.S. Army Engineers District, Honolulu
                                       Joseph C. Mobbley, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineers District, Phoenix

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 21, 2022

_Michael N. O'Connell_
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62571-ADR, 62572-ADR, 62573-ADR, 62574-ADR, 62625-ADR, 63041-ADR, 63042-ADR, 63043-ADR, 63044-ADR, 63045-ADR, 63046-ADR, 63047-ADR, 63048-ADR, 63049-ADR, 63050-ADR, Appeal of Bethel Contracting, LLC, rendered in conformance with the Board's Charter.

Dated:  November 21, 2022


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals